# Richmond.

## J. WILLARD CRAIG v. LOTTIE H. CRAIG.

January 13, 1916.

Absent, Cardwell, J.

1. DIVORCE—*Suit Money—Counsel Fees—Case in Judgment.*—The allowance, in the case in judgment, to the wife, of the sum of $225.00 payable in three monthly instalments for suit money, and of $150.00 for counsel fees, is a reasonable allowance.

Appeal from a decree of the Law and Equity Court of the city of Richmond. Decree for the complainant. Defendant appeals.

*Affirmed.*

The opinion states the case.

*S. S. P. Patteson,* for the appellant.

*Smith & Gordon,* for the appellee.

KEITH, P., delivered the opinion of the court.

In the case of *Lottie H. Craig* v. *J. Willard Craig, ante,* p. 284, 87 S. E. 727, which has just been disposed of, the law and equity court entered, on the 31st of March, 1915, a decree directing J. Willard Craig to pay to the complainant $75.00 on the 10th of April, 1915, a like sum on the 10th of May, 1915, and a like sum on the 10th of June, 1915, and that he pay to Messrs. Smith & Gordon $150.00 on account of counsel fees and suit money. To this decree an appeal was allowed J. Willard Craig.

The whole controversy between the parties has been so fully investigated in the case of *Craig* v. *Craig,* in which the husband was the appellant, reported in 115 Va. 764, 80 S. E. 507, and the opinion just delivered in the case of *Craig* v. *Craig,* *ante,* p. 284, 87 S. E. 727, in which Mrs. Craig was the appellant, that we do not deem it necessary to discuss the subject further than to say that the allowances made by the law and equity court are reasonable, and that the decree appealed from is affirmed.

*Affirmed.*